IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| EMANUEL DELEON FIELDS | § | |
| v. | § | CIVIL ACTION NO. 6:17cv704 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections were filed. The court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** the application for the writ of habeas corpus is **DISMISSED** without prejudice. It is further

**ORDERED** all motions not previously ruled on are **DENIED**. A certificate of appealability is **DENIED** *sua sponte*.

**SIGNED** this the **17** day of **October, 2018.**

_____
Thad Heartfield
United States District Judge

1